UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROGER K. TAYLOR, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil No.   07-122-P-S |
| | ) |
| HEALTH AND HUMAN SERVICES, | ) |
| MAINE DEPT., | ) |
| | ) |
| Defendant | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 3) filed July 18, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiff's 28 U.S.C. § 2241 Petition is **DISMISSED**.

    /s/ George Z. Singal
Chief United States District Judge

Dated this 16th day of August, 2007.